KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
JOANNA B. HOOD, State Bar No. 264078
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-4785
 Fax: (916) 324-5205
 E-mail: Joanna.Hood@doj.ca.gov
*Attorneys for Defendants*
*Fish, Van Leer, Young, Hanks, Beasley, and Sharp*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CURTIS J. WILLIAMS,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**C/O T. YOUNG, et al.,**<br><br>                              Defendants. | 2:12-cv-0318 JAM KJN P<br><br>**REVISED SCHEDULING ORDER** |

Plaintiff is a state prisoner proceeding without counsel. This action is proceeding on plaintiff's excessive force claims against defendant. Due to a recent reassignment of defense counsel, counsel for defendants seeks to continue the October 24, 2014 pretrial motions deadline until November 7, 2014.

"The district court is given broad discretion in supervising the pretrial phase of litigation." <u>Johnson v. Mammoth Recreations, Inc.</u>, 975 F.2d 604, 607 (9th Cir. 1992) (citation and internal quotation marks omitted). Rule 16(b) provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "The schedule may be modified 'if

1  it cannot reasonably be met despite the diligence of the party seeking the extension.'" <u>Zivkovic
2  v. Southern California Edison Co.</u>, 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting <u>Johnson</u>, 975
3  F.2d at 607).

    Good cause appearing, IT IS HEREBY ORDERED that:

    1.  Defendants' motion to modify the scheduling order (ECF No. 32) is granted; and

    2.  The pretrial motions deadline is continued to November 7, 2014.

Dated:  October 29, 2014

/will0318.16b

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE